## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

### MINUTE SHEET

**UNITED STATES OF AMERICA**            Date: November 16, 2018

vs.            Case No.: 16-4053-01-CR-C-BCW

**Tyihonn Cortez Riley**

---

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced:** 10:50 am            **Time Terminated:** 11:03 am

### APPEARANCES

| | |
|---|---|
| Plaintiff's counsel: | Jim Lynn, AUSA |
| Defendant's counsel: | Brady Wimer |
| Probation officer: | Danielle Staats |

**PROCEEDINGS IN COURTROOM:** Above parties present. Court accepts plea of guilty and adjudication of guilt. There are no objections to the Presentence Report and Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution.

**SENTENCE:** Defendant is sentenced to 60 months in the Bureau of Prison for Counts 1 and 4 of the Indictment to be served consecutively and to run concurrent to Boone County Circuit Court Case Nos 13BA-CR03858-01 and 13BA-CR03949-01. Followed by 5 years supervised release, terms to be served concurrently. Standard/Additional Conditions of Supervision imposed. All remaining counts dismissed.
**FINE:** waived; **SPECIAL ASSESSMENT:** $200; **RESTITUTION:** n/a
Defendant advised of right to appeal. Defendant remanded to the custody of the USM.

---

**Court Reporter:** Denise Halsey
**Courtroom Deputy:** T. Lock